# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00755-RMR-STV

NOE OCHOA,

    Plaintiff,

v.

KRISTEN STENSELL, CTCF STAFF, et al

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF 334] entered by United States District Judge Regina M. Rodriguez on May 22, 2025, it is

ORDERED that Defendant Stansell's Motion for Summary Judgment [ECF No. 293] is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE.

FURTHER ORDERED that judgment is entered in favor of the defendants and against the Plaintiff.

This case will be closed.

Dated at Denver, Colorado this 23rd day of May, 2025.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/ K. Myhaver
                            K. Myhaver, Deputy Clerk